1  Darolyn Y. Hamada (SBN: 192334)
   dhamada@shb.com
2  Natasha L. Mosley (SBN: 246352)
   nmosley@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
4  Irvine, California 92614-2546
   Telephone: 949.475.1500
5  Facsimile:  949.475.0016

6

7  Attorneys for Defendant Boston Scientific Corporation

8              UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT

10

11  PAMELA COLEMAN, an individual,    )  Case No. 1:10-CV-01968-OWW-SKO
    MARY BOWER, an individual, and    )
12  KATHLEEN PAISON, an individual,   )  Hon. Oliver W. Wanger
                                      )
13          Plaintiffs,               )  **STIPULATION AND JOINT**
                                      )  **REQUEST TO CONTINUE**
14      vs.                           )  **SCHEDULING CONFERENCE**
                                      )  **AND ORDER**
15  BOSTON SCIENTIFIC                 )
    CORPORATION, a Massachusetts      )
16  corporation, and DOE              )  Complaint filed: 10/20/2010
    MANUFACTURERS one through one     )  **Trial Date:  None set**
17  hundred.                          )
                                      )
18          Defendants.               )
                                      )
19                                    )
                                      )
20  _____  )

21

22  TO THE COURT AND ALL ATTORNEYS OF RECORD:

23      Plaintiffs Pamela Coleman, Mary Bower, and Kathleen Paison and Defendant

24  Boston Scientific Corporation ("BSC"), by and through their counsel of record,

25  stipulate to and jointly request a continuance of the Scheduling Conference based on

26  the following:

27      1.    The Court scheduled a Scheduling Conference for April 6, 2011.  (*See*

28  Court's October 21, 2010 Order, Doc. No. 6.)

STIPULATION AND JOINT REQUEST TO CONTINUE
SCHEDULING CONFERENCE AND ORDER

88666 V1

1    2.    BSC was served with the complaint on or about December 29, 2010.

2    3.    On February 16, 2011, BSC moved to dismiss this action, or in the

3  alternative, to dismiss certain plaintiffs.  (*See* Doc. No. 9.)  Defendant's motion is

4  scheduled to be heard in this Court on April 11, 2011 at 10:00 a.m.

5    4.    All parties have agreed and respectfully request that the Scheduling

6  Conference be continued to April 20, 2011, or to a date preferred by this Court, in

7  order for Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto to be

8  considered.

9    5.    There is good cause to continue the scheduling conference until after the

10  Court issues a ruling on BSC's motion to dismiss.

11    IT IS HEREBY STIPULATED, subject to the approval of the Court, that the

12  Scheduling Conference currently set for April 6, 2011 be continued to April 20, 2011,

13  or a date more convenient for the Court.

14

15  Dated:   March 30,  2011                    Respectfully Submitted,

16                                              SHOOK, HARDY & BACON L.L.P.

17

18                                              By:_____/s/ Natasha L. Mosley_____

19                                                  Darolyn Y. Hamada
                                                   Natasha L. Mosley
20                                                 Attorneys for Defendant
                                                   Boston Scientific Corporation

21

22  Dated:   March 30, 2011                     GIARDI KEESE

23

24                                              By:_____/s/Amanda Kent_____
                                                   (authorized on March 30, 2011)
25                                                 Thomas V. Girardi
                                                   Amy F. Solomon
26                                                 Michael Kowsari
                                                   Amanda Kent
27                                                 Attorneys for Plaintiffs

28

2

STIPULATION AND JOINT REQUEST TO CONTINUE
SCHEDULING CONFERENCE AND ORDER

88666 V1

PDF created with pdfFactory trial version www.pdffactory.com

1    The Scheduling Conference scheduled for April 6, 2011 is hereby continued to

2  April 20, 2011.

3

4    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6  Dated: March 31, 2011                          /s/ OLIVER W. WANGER

7                                                 United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND JOINT REQUEST TO CONTINUE
SCHEDULING CONFERENCE AND ORDER

88666 V1

PDF created with pdfFactory trial version www.pdffactory.com