Darolyn Y. Hamada (SBN: 192334)
dhamada@shb.com
Natasha L. Mosley (SBN: 246352)
nmosley@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone: 949.475.1500
Facsimile: 949.475.0016

Attorneys for Defendant Boston Scientific Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| PAMELA COLEMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Massachusetts corporation, and DOE MANUFACTURERS one through one hundred,<br><br>　　　　Defendants. | Case No. 1:10-CV-01968-OWW-SKO<br><br>Judge: Hon. Oliver W. Wanger<br>Dept.: 3<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE AND ORDER**<br><br>Complaint filed: 10/20/2010<br>**Trial Date: None set** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

　　Plaintiff Pamela Coleman and Defendant Boston Scientific Corporation ("BSC"), by and through their counsel of record, stipulate to and jointly request a continuance of the Scheduling Conference based on the following:

　　1.　　The Court scheduled a Scheduling Conference for July 22, 2011. (*See* Court's April 12, 2011 Minute Order, Doc. No. 26.)

　　2.　　BSC was served with the first amended complaint on or about June 17, 2011.

3. On July 7, 2011, BSC moved to dismiss this action. (*See* Doc. No. 34.) Defendant's motion is scheduled to be heard in this Court on August 15, 2011 at 10:00 a.m.

4. All parties have agreed and respectfully request that the Scheduling Conference be continued to August 26, 2011, or to a date preferred by this Court, in order for Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto to be considered.

5. There is good cause to continue the scheduling conference until after the Court issues a ruling on BSC's motion to dismiss.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the Scheduling Conference currently set for July 22, 2011, be continued to August 26, 2011, or a date more convenient for the Court.

Dated: July 11, 2011

Respectfully Submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ Natasha L. Mosley
Darolyn Y. Hamada
Natasha L. Mosley
Attorneys for Defendant
Boston Scientific Corporation

Dated: July 11, 2011

GIARDI KEESE

By: /s/Amanda Kent
(authorized on July 11, 2011)
Thomas V. Girardi
Amy F. Solomon
Michael Kowsari
Amanda Kent
Attorneys for Plaintiff

2

88666 V3

1  The Scheduling Conference scheduled for July 22, 2011, is hereby continued to
2  August 26, 2011.

IT IS SO ORDERED.

Dated:   **July 11, 2011**                               **/s/ Oliver W. Wanger**
                                                         UNITED STATES DISTRICT JUDGE