Eva M. Weiler (SBN: 233942)
eweiler@shb.com
Natasha L. Mosley (SBN: 246352)
nmosley@shb.com
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
Irvine, California  92614-2546
Telephone:  949.475.1500
Facsimile:   949.475.0016

Attorneys for Defendant Boston Scientific Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| PAMELA COLEMAN, an individual,<br><br>           Plaintiff,<br><br>      vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Massachusetts corporation, and DOE MANUFACTURERS one through one hundred,<br><br>           Defendants. | Case No. 1:10-CV-01968-OWW-SKO<br><br>Mag. Judge:  Hon. Sheila K. Oberto<br>Dept.:  3<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE SCHEDULING CONFERENCE AND ORDER**<br><br>Complaint filed:  10/20/2010<br>**Trial Date:  None set** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

   Plaintiff Pamela Coleman and Defendant Boston Scientific Corporation ("BSC"), by and through their counsel of record, stipulate to and jointly request a continuance of the scheduling conference based on the following:

   1.   Plaintiff filed the complaint in this action on October 20, 2010 and BSC was served with the complaint on or about December 29, 2010.

   2.   The Court set a scheduling conference for April 6, 2011.  (Doc. No. 6.)

3. BSC filed a motion to dismiss the complaint on February 16, 2011. (Doc. No. 9.) Pursuant to stipulation of the parties, the Court continued the scheduling conference from April 6, 2011 to April 20, 2011 in light of BSC's pending motion to dismiss. (Doc. No. 16.)

4. On April 11, 2011, the Court granted BSC's motion to dismiss with leave to amend. (*See* Doc. No. 29.)

5. On April 12, 2011, the Court issued a minute order setting a scheduling conference for July 22, 2011. (Doc. No. 26.)

6. Plaintiff filed a first amended complaint on June 17, 2011. (Doc. No. 31.) On July 7, 2011 BSC filed a motion to dismiss the first amended complaint and the motion was set to be heard on August 15, 2011. (Doc. No. 34.)

7. On July 11, 2011, the parties stipulated to continue the scheduling conference to August 26, 2011to allow BSC's motion to dismiss to be heard prior to the scheduling conference and the submission of the joint scheduling conference statement. The Court issued an order granting the stipulation and setting the scheduling Conference for August 26, 2011. (*See* Doc. Nos. 37, 38.)

8. On August 2, 2011, the Court issued a minute order continuing the hearing on BSC's motion to dismiss from August 15, 2011 to August 22, 2011. On August 16, 2011, pursuant to stipulation of the parties, the court continued the scheduling conference from August 26, 2011 to October 20, 2011 in light of the new hearing date for BSC's motion to dismiss. (Doc. No. 46.)

9. On August 22, 2011, the Court granted BSC's motion to dismiss the first amended complaint with leave to amend. (Doc. No. 51.)

10. On September 21, 2011 the October 20 scheduling conference date was vacated due to the impending retirement of the Honorable Oliver W. Wanger. (*See* Doc. No. 52.)

11. On September 26, 2011, Plaintiff filed her second amended complaint. (Doc. No. 53.)

12. On October 24, 2011, the Court reset the scheduling conference to November 22, 2011 before Magistrate Judge Sheila K. Oberto.  The parties' joint scheduling report is due by November 15, 2011.  (Doc. No. 56.)

13. On October 26, 2011, BSC filed a motion to dismiss the second amended complaint.  (Doc. No. 58.)  The motion is set for hearing on December 1, 2011.

14. All parties have agreed and respectfully request that the scheduling conference be continued to December 20, 2011, or to a date preferred by this Court, in order for Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto to be considered.  The parties also request that their joint scheduling report be due December 13, 2011.

15. There is good cause to continue the scheduling conference and the submission of the joint scheduling conference statement until after the Court issues a ruling on BSC's motion to dismiss.

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the scheduling conference currently set for November 22, 2011, be continued to December 20, 2011, or a date more convenient for the Court, and the parties' joint scheduling conference statement be due on December 13, 2011.

Dated: October 31, 2011                    Respectfully Submitted,

                                           SHOOK, HARDY & BACON L.L.P.


                                           By:      /s/ Natasha L. Mosley
                                                     Natasha L. Mosley
                                                   Attorneys for Defendant
                                                Boston Scientific Corporation


Dated:  October 31, 2011                   GIARDI KEESE


                                           By:         /s/Amanda Kent
                                                  (authorized on October 31, 2011)
                                                     Thomas V. Girardi
                                                     Amy F. Solomon
                                                     Michael Kowsari
                                                      Amanda Kent
                                                   Attorneys for Plaintiff


ORDER

The scheduling conference presently scheduled for November 22, 2011, is hereby continued to December 20, 2011, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto in Courtroom 7.

IT IS SO ORDERED.

   Dated:   **November 2, 2011**              **/s/ Sheila K. Oberto**
                                           UNITED STATES MAGISTRATE JUDGE

4

STIPULATION AND JOINT REQUEST TO CONTINUE
SCHEDULING CONFERENCE AND [PROPOSED] ORDER

104076 V1