# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA COLEMAN, | CASE NO. CV F 10-1968 LJO SKO |
| Plaintiff, | **ORDER TO RECUSE DISTRICT JUDGE AND TO REASSIGN TO ANOTHER DISTRICT JUDGE** |
| vs. | |
| BOSTON SCIENTIFIC CORP., et al., | |
| Defendants. | |

On the basis of good cause, U.S. District Judge Lawrence J. O'Neill recuses himself from this case and DIRECTS this Court's clerk to reassign another district judge to this case. Upon reassignment, all papers shall bear the new case number with the new district judge's initials. Judge O'Neill will take no further action in this case.

IT IS SO ORDERED.

**Dated:   December 7, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE