1
Eva M. Weiler (SBN: 233942)
eweiler@shb.com
2
Natasha L. Mosley (SBN: 246352)
nmosley@shb.com
3
SHOOK, HARDY & BACON L.L.P.
5 Park Plaza, Suite 1600
4
Irvine, California 92614-2546
Telephone: 949.475.1500
5
Facsimile: 949.475.0016

6
Attorneys for Defendant Boston Scientific Corporation

7

8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT

10

11
PAMELA COLEMAN, an individual,       )   Case No. 1:10-CV-01968-OWW-SKO
                                     )
12
            Plaintiff,               )   Mag. Judge: Hon. Sheila K. Oberto
                                     )   Dept.: 3
13
      vs.                            )
                                     )   **STIPULATION AND JOINT**
14
BOSTON SCIENTIFIC                    )   **REQUEST TO CONTINUE**
CORPORATION, a Massachusetts         )   **SCHEDULING CONFERENCE**
15
corporation, and DOE                 )   **AND ORDER**
MANUFACTURERS one through one        )
16
hundred,                             )
                                     )   Complaint filed: 10/20/2010
17
            Defendants.              )   **Trial Date: None set**
                                     )
18                                   )
                                     )
19                                   )
                                     )
20   _____)

21

22
TO THE COURT AND ALL ATTORNEYS OF RECORD:

23
        Plaintiff Pamela Coleman and Defendant Boston Scientific Corporation

24
("BSC"), by and through their counsel of record, stipulate to and jointly request a

25
continuance of the scheduling conference based on the following:

26
        1.      Plaintiff filed the complaint in this action on October 20, 2010 and BSC

27
was served with the complaint on or about December 29, 2010.

28
        2.      The Court set a scheduling conference for April 6, 2011. (Doc. No. 6.)

104076 V1

3.    BSC filed a motion to dismiss the complaint on February 16, 2011. (Doc. No. 9.)  Pursuant to stipulation of the parties, the Court continued the scheduling conference from April 6, 2011 to April 20, 2011 in light of BSC's pending motion to dismiss.  (Doc. No. 16.)

4.    On April 11, 2011, the Court granted BSC's motion to dismiss with leave to amend.  (*See* Doc. No. 29.)

5.    On April 12, 2011, the Court issued a minute order setting a scheduling conference for July 22, 2011.  (Doc. No. 26.)

6.    Plaintiff filed a first amended complaint on June 17, 2011.  (Doc. No. 31.)  On July 7, 2011 BSC filed a motion to dismiss the first amended complaint and the motion was set to be heard on August 15, 2011.  (Doc. No. 34.)

7.    On July 11, 2011, the parties stipulated to continue the scheduling conference to August 26, 2011 to allow BSC's motion to dismiss to be heard prior to the scheduling conference and the submission of the joint scheduling conference statement.  The Court issued an order granting the stipulation and setting the scheduling Conference for August 26, 2011.  (*See* Doc. Nos. 37, 38.)

8.    On August 2, 2011, the Court issued a minute order continuing the hearing on BSC's motion to dismiss from August 15, 2011 to August 22, 2011.  On August 16, 2011, pursuant to stipulation of the parties, the court continued the scheduling conference from August 26, 2011 to October 20, 2011 in light of the new hearing date for BSC's motion to dismiss.  (Doc. No. 46.)

9.    On August 22, 2011, the Court granted BSC's motion to dismiss the first amended complaint with leave to amend.  (Doc. No. 51.)

10.    On September 21, 2011 the October 20 scheduling conference date was vacated due to the impending retirement of the Honorable Oliver W. Wanger.  (*See* Doc. No. 52.)

2

11. On September 26, 2011, Plaintiff filed her second amended complaint. (Doc. No. 53.)

12. On October 24, 2011, the Court reset the scheduling conference to November 22, 2011 before Magistrate Judge Sheila K. Oberto.

13. On October 24, 2011, the parties received notice this case had been assigned to the Honorable Lawrence J. O'Neill. (Doc. No. 57.)

14. On October 26, 2011, BSC filed a motion to dismiss the second amended complaint. (Doc. No. 58.) The motion was set for hearing on December 1, 2011 before the Honorable Lawrence J. O'Neill.

15. On November 2, 2011, this Court, pursuant to the parties' stipulation, continued the scheduling conference to December 20, 2011 pending a ruling BSC's motion to dismiss. (Doc. No. 60.) The parties' joint scheduling report would be due on December 13, 2011.

16. On November 28, 2011, the Honorable Lawrence J. O'Neill issued a minute order vacating the December 1 hearing date and taking BSC's motion to dismiss the second amended complaint under submission.

17. All parties have agreed and respectfully request that the scheduling conference be continued to January 20, 2012, or to a date preferred by this Court, in order for Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto to be considered and ruled upon by the Court. The parties also request that their joint scheduling report be due January 13, 2012.

18. There is good cause to continue the scheduling conference and the submission of the joint scheduling conference statement until after the Honorable Lawrence J. O'Neill issues a ruling on BSC's motion to dismiss.

3

104076 V1

IT IS HEREBY STIPULATED, subject to the approval of the Court, that the scheduling conference currently set for December 20, 2011, be continued to January 20, 2012, or a date more convenient for the Court, and the parties' joint scheduling conference statement be due on January 13, 2012.

Dated:  December 6,  2011                     Respectfully Submitted,

                                              SHOOK, HARDY & BACON L.L.P.


                                              By:_____/s/ Natasha L. Mosley_____
                                                    Natasha L. Mosley
                                                    Attorneys for Defendant
                                                    Boston Scientific Corporation


Dated:  December 6, 2011                      GIARDI KEESE


                                              By:_____/s/Amanda Kent_____
                                                    (authorized on December 6, 2011)
                                                    Thomas V. Girardi
                                                    Amy F. Solomon
                                                    Michael Kowsari
                                                    Amanda Kent
                                                    Attorneys for Plaintiff

4

104076 V1

ORDER

The parties' stipulated request for a continuance of the December 20, 2011, scheduling conference is GRANTED IN PART.  While the request for a continuance is granted, the Court cannot accommodate the date proposed by the parties.

Accordingly, the Scheduling Conference currently set for December 20, 2011, is CONTINUED to January 26, 2012, at 9:30 a.m.  The Joint Scheduling Report is due on or before January 19, 2012.

**IT IS SO ORDERED.**


IT IS SO ORDERED.

Dated:   __**December 7, 2011**__                  _____ **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND JOINT REQUEST TO CONTINUE
SCHEDULING CONFERENCE AND [PROPOSED] ORDER

104076 V1