1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA COLEMAN, an individual, | Case No. 1:10-cv-01968-AWI-SAB |
| Plaintiff, | Judge Anthony W. Ishii |
| v. | Magistrate Judge Stanley A. Boone |
| BOSTON SCIENTIFIC CORPORATION, and DOE MANUFACTURERS 1 -100, | **ORDER GRANTING THE PARTIES' JOINT STIPULATION TO FILE JOINT REPORTS ON JUNE 22, 2020** |
| Defendants. | |
| SHERRY HERKAL, an individual, | Case No. 2:12-cv-00005-AWI-SAB |
| Plaintiff, | Judge Anthony W. Ishii |
| v. | Magistrate Judge Stanley A. Boone |
| BOSTON SCIENTIFIC CORPORATION, and DOE MANUFACTURERS 1 – 100, | |
| Defendants. | |

The Court, having considered the Parties' Joint Stipulation to File Joint Reports on June 22, 2020 ("the Stipulation) and finding good cause therefore, HEREBY ORDERS THAT:

1. The Stipulation is accepted and approved.

2. The Parties shall file their Joint Status Reports by June 22, 2020.

IT IS SO ORDERED.

Dated:   June 3, 2020                               _____
                                                              SENIOR DISTRICT JUDGE