# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA COLEMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　Defendant. | Case No.  1:10-cv-01968-AWI-SAB<br><br>ORDER VACATING ALL DATES AND MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIVE DOCUMENTS WITHIN NINETY DAYS<br><br>(ECF No. 90) |

On June 22, 2020, a notice of settlement was filed in this action with a request to vacate all dates and matters. The notice requests to set an order to show cause re settlement conference for February 1, 2021. The Court declines to hold this case in limbo for eight months without some showing of good cause that necessitates the amount of time requested.

The Local Rules of the Eastern District of California provide that upon the filing of a notice of settlement, "the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause. The Court may, on good cause shown, extend the time for filing the dispositional papers." L.R. 160(b). This Court generally will provide thirty days from the notice of settlement for the parties to file dispositional documents. In this instance, the Court provide the parties with ninety days in which to file dispositional documents but no further extensions shall be granted absent a showing of good cause.

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending dates and matters are vacated;
2. The parties shall file dispositional documents within ninety (90) days of the date of entry of this order; and
3. Failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **June 23, 2020**

UNITED STATES MAGISTRATE JUDGE