# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA COLEMAN, et al., | Case No. 1:10-cv-01968-AWI-SAB |
| Plaintiffs, | ORDER GRANTING IN PART STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| BOSTON SCIENTIFIC CORPORATION, | (ECF No. 93) |
| Defendant. | DEADLINE: DECEMBER 21, 2020 |

This action was initially filed on October 20, 2010. (ECF No. 1.) On February 22, 2012, the action was transferred under 28 U.S.C. § 1407 into the Southern District of West Virginia as part of Multidistrict Litigation Case No. 2326 ("MDL 2326"). (ECF No. 73.) On May 8, 2020, the action was remanded back to the Eastern District of California. (ECF No. 74.)

On June 22, 2020, the parties filed a notice of settlement and an order issued requiring dispositive documents to be filed within ninety days of June 23, 2020. (ECF No. 91.) On September 16, 2020, the parties filed a stipulation for an extension of time to February 2021 for the filing of dispositive documents. (ECF No. 93.) The Court will partially grant an extension of time but finds that there is not good cause demonstrated for the length of the extension requested. Here, the parties have settled the matter and been extended ninety days within which to finalize the settlement and file dispositive documents. Although the parties state that the COVID-19 pandemic has presented unforeseen challenges in finalizing the settlement, the Court does not

1

find that good cause has been demonstrated to extend the deadline in this action by the time requested. The Court shall grant an extension of time to file the dispositive documents for an additional ninety days.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint stipulation requesting an extension of the deadline to file dispositional papers is GRANTED IN PART;
2. The parties shall filed dispositional papers on or before December 21, 2020;
3. No further extensions of time shall be granted without a showing of good cause; and
4. The failure to comply with this order will result in the issuance of sanctions up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **September 21, 2020**

UNITED STATES MAGISTRATE JUDGE